# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2340

_____

GEORGE M. GOULD,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


December 20, 2024


PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot.

ROBERTS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George M. Gould, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.